# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1214
LT Case No. 2022-DP-001109

_____

T.S., FATHER of B.S., a Child,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly Jo McKibben, Judge.

T.S., Father, Constable, NY, pro se.

Kelley Schaeffer, of Department of Children & Families,
Children's Legal Services, Bradenton, for Appellee, Department
of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, and Stephanie
E. Novenario, Pro Bono Guardian Ad Litem Attorney, Defending
Best Interests, Tallahassee, for Statewide Guardian ad Litem.

October 8, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____